STATE OF NEW JERSEY v. LOUIS DeMARY.

June 16, 1982.

Petition for certification denied.

LINDA JAMES v. TAKAAKI YOSHIKAWA.

June 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. DENNIS ELTON HUGHES.

June 16, 1982.

Petition for certification denied.

PAUL MALONE WILLIAMS v. EDWARD O'LONE.

June 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK QUINN.

June 16, 1982.

Petition for certification denied.